UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                     **DATE:** 1/28/20

Court Reporter: Karen Friedlander

Court Clerk: Gail Hansen

Other:

                                                            2:18-cr-00179-1

United States

v. Jermaine Grant


**Appearances:**

AUSA Margaret Mahoney & Rachel Honig
Gerald Lefcourt and Faith Friedman, Counsel for Grant

**NATURE OF PROCEEDINGS: SENTENCING HEARING**

**JERMAINE GRANT:**

Imprisonment: 18 months
Supervised Release: 3 years
Special Conditions:
1. New Debt Restrictions
2. Financial Disclosure
3. Self-Employment/Business Disclosure
4. Cooperation with the Internal Revenue Service
5. Supporting Dependents
Special Assessment: $100 due immediately
Defendant shall voluntarily surrender to a facility as designated by the Bureau of Prisons
Defendant advised of his right to appeal
Counts 2 - 6 dismissed upon application of the gov't - Granted

                                        Gail A. Hansen, Deputy
Time Commenced: 10:00 a.m.
Time Concluded: 1:00 p.m.
Total Time: 3 hours